AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
Gregorio Lopez-Cruz

**WAIVER OF INDICTMENT**

FILED
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CASE NUMBER: 07-00744 JF

I, __Gregorio Lopez-Cruz__, the above named defendant, who is accused of

__illegal reentry, in violation of 8 U.S.C. § 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/29/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Gregorio Lopez
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer