UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, December 5, 2007
**Case Number:** CR-07-00744-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**     **UNITED STATES OF AMERICA V. GREGORIO LOPEZ-CRUZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Gregorio Lopez-Cruz |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

  Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 6 months prison; 1 year supervised release; and $100.00 special assessment.